```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

   OCT 2 8 2011

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**United States of America**
　　**Plaintiff,**

v.

**Darrell Edwards Richards,**
　　**Defendant**

JUDGMENT IN A CRIMINAL CASE

No. 11-04308MP-001-PCT-MEA

Attorney for Defendant

DOB: 1961　SSN: 1936

**THE DEFENDANT ENTERED A PLEA OF** guilty on 10/28/11 to Citation 3357509.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating 36 C.F.R. 4.2(b) and A.R.S. 28-3473B, Driving while License is Suspended for Driving Under the Influence, a Class B Misdemeanor offense, as charged in Citation 3357509.

**IT IS THE JUDGMENT OF THIS COURT THAT** on Citation 3357509, in addition to the time already served in this matter, the defendant is hereby committed to the custody of the Bureau of Prisons for a full term of **FORTY (48) HOURS**. Defendant is also to pay a special assessment of $10.00. Payment of $10.00 to be paid in full by October 28, 2011.

## TOTAL CRIMINAL MONETARY PENALTIES

The defendant shall pay to the clerk, U.S. District Court the following total criminal monetary penalties:

　　**SPECIAL ASSESSMENT: $10.00　　FINE: N/A　　RESTITUTION: N/A**

The total special assessment of $10.00 shall be paid pursuant to Title 18, United States Code, Section 3013.

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, Space 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). Once defendant is released from federal and state custody defendant is to make monthly restitution payments of not less than $25.00 payments per month.

Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

Restitution shall be paid to the following victims in the following amounts: **N/A**

**THE COURT FINDS THAT** you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The wavier has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver. However, should you believe you still have a right to appeal this matter, you must file a written notice of appeal with the Clerk of the Court in Phoenix, Arizona within fourteen (14) days after the entry of judgment.

**IT IS FURTHER ORDERED THAT** the Clerk of the Court deliver one certified copy of this judgement to the United States Marshal of this District.

The defendant shall self-surrender for service of sentence on Friday, November 18, 2011, by 12:00 pm at the institution designated by the Bureau of Prisons or to the United States Marshal in Flagstaff, Arizona as notified by the United States Marshal. The defendant shall contact the United States Marshal at 928-213-0045 to schedule and coordinate self-surrender.
The Court recommends the defendant serve his time in incarceration at the Coconino County Jail.

Date of Imposition of Sentence: **Friday, October 28, 2011.**


_____   Date: ___October 28, 2011___
MARK E. ASPEY, United States Magistrate Judge



## RETURN

I have executed this Judgment as follows: _____

Defendant delivered on _____ to _____ at _____,

the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a criminal case.

_____   By: _____
United States Marshal                  Deputy Marshal


_[signature]_